# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON I. CONTRERAS, | Case No. 1:15-cv-0173-DLB |
| Plaintiff, | ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FOLLOW COURT ORDER |
| v. | |
| METTS, et al., | TWENTY-ONE DAY RESPONSE DEADLINE |
| Defendants. | |

Plaintiff Ramon I. Contreras ("Plaintiff"), a state inmate in the custody of the California Department of Corrections and Rehabilitation, is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on February 2, 2015.[1]

On July 17, 2015, the Court dismissed the complaint with leave to amend.  Plaintiff was ordered to file an amended complaint within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and Plaintiff has not complied with the order or otherwise contacted the Court.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why this action should not be dismissed for his failure to follow a Court order and failure to prosecute.  Plaintiff must file a response to this order within twenty-one (21) day of the date of service.

///

///

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on February 19, 2015.

1    Plaintiff may also comply with this order by filing an amended complaint pursuant to the
2 July 17, 2015, order.
3    <u>Failure to respond will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated:  **September 4, 2015**              /s/ *Dennis L. Beck*
                                                                UNITED STATES MAGISTRATE JUDGE

2